IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MDM GROUP ASSOCIATES, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 10-0234-CG-B |
| | ) |
| L.A. REAL ESTATE, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

This matter is before the court on the plaintiff's suggestion of bankruptcy (Doc. 20), in which the plaintiff represents that defendant Debbie Harper filed a petition for relief under Chapter 7 of Title 11 of the United States Code in the United State Bankruptcy Court for the Southern District of Alabama, Bankuptcy Case No. 10-03866. The court verified that the petition was filed on August 20, 2010.

Pursuant to 11 U.S.C. § 362, the filing of a bankruptcy petition operates as a stay of an action. Accordingly, this action is **STAYED** as to Debbie Harper.

Plaintiff is **ORDERED** to notify the court within thirty (30) days of the resolution of the bankruptcy proceedings or lift of stay, whichever occurs first, as to Debbie Harper.

This court's order directing the United States Marshal to serve a copy of the complaint and summons on defendant Debbie Harper (Doc. 16) is hereby **RESCINDED**.

**DONE and ORDERED** this 31st day of August, 2010.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE