**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| MDM GROUP ASSOCIATES, INC., ) <br> a Delaware Corporation, ) <br> ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> L.A. REAL ESTATE, an Alabama limited ) <br> Liability company ) <br> ) <br>     Defendant ) | CIVIL ACTION NO. 10-0234-CG-B |

## DEFAULT JUDGMENT

In accordance with the court's order entered this date, granting plaintiff's motion for default judgment, it is hereby **ORDERED, ADJUDGED**, and **DECREED** as follows:

1. Default judgment is hereby entered in favor of MDM Group Associates, Inc. and against **L.A. Real Estate** in the total amount of **$459,837.85**, consisting of $150,000.00 in statutory damages pursuant to 17 U.S.C.A. § 504(c), actual damages in the amount of $290,625.00, and costs and reasonable attorneys fees in the amount of $19,212.85.

2. MDM Group Associates, Inc. is entitled to a permanent injunction against any future infringement of the copyrighted Waiver Program by L.A. Real Estate pursuant to 17 U.S.C.A. § 502 and Alabama common law. L.A. Real Estate and its members, agents, employees, representatives, parents, affiliates, successors, assigns, and all other persons in active concert or participation with it, are hereby permanently enjoined: from infringing MDM's copyright for the Waiver Program and all related materials by using MDM's Waiver Program, the MDM Brochure and/or any related materials without MDM's permission or consent and without compensation to

MDM; from selling MDM's Waiver Program to L.A. Real Estate renters; from performing any acts or making any representations that are likely to lead the public to believe that L.A. Real Estate has MDM's license, sponsorship, approval or authorization to offer MDM's Waiver Program in the absence of MDM's permission or consent; or to suggest that L.A. Real Estate's security deposit program is lawful and/or complies with applicable insurance laws.

    3. MDM Group Associates, Inc. is entitled to an order requiring the destruction, impoundment, or other reasonable disposition of all copies of the MDM Waiver Program and any infringing materials in the possession of L.A. Real Estate. Pursuant to 17 U.S.C.A. § 503(b), the court hereby **ORDERS** L.A. Real Estate to deliver, on oath, all materials and copies similar and related to the work of MDM entitled "Peace of Mind Security Deposit Waiver Program" or "Waiver Program" and forming the subject matter of Copyright Registration Nos. TX 5-470-863 and TX 5-773-017, together with all records, software, and other means for making such copies.

    **DONE and ORDERED** this 17th day of December, 2010.

    /s/ Callie V. S. Granade
    UNITED STATES DISTRICT JUDGE