# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| MDM GROUP ASSOCIATES, INC., a Delaware Corporation, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | )  CIVIL ACTION NO.: CV-10-234-CG-B ) |
| L.A. REAL ESTATE, an Alabama limited liability company; DEBBIE HARPER; JOHN HARPER; and CAROL PETERS, | ) ) ) ) |
| Defendants. | ) |

## ORDER

This matter is before the court on the plaintiff's motion to dismiss, in which the plaintiff moves for dismissal of its claims against John Harper and Debbie Harper without prejudice because the debts of said defendants to plaintiff MDM Group Associates, Inc. have been discharged in bankruptcy.

Upon due considertion, the motion is hereby granted, and the plaintiff's claims against defendants John Harper and Debbie Harper are hereby **DISMISSED** without prejudice.

Default judgment having been entered against L. A. Real Estate on December 17, 2010 (Doc. 27), and defendant Carol Peters having been dismissed without prejudice on September 20, 2010 (Doc. 24) for failure to effect service, the clerk of court is directed to close this case.

**DONE and ORDERED** this 20th day of January, 2011.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE